UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FREDERICK RYDELL CARNEY,

    Plaintiff,

v.

L. CUEVAS, et al.,

    Defendants.

Case No. 18-cv-00032-WHO (PR)

**ORDER OF DISMISSAL**

Mail sent by the Court to plaintiff Carney was returned as undeliverable more than 60 days ago, as has other mail more recently. Accordingly, the action is DISMISSED without prejudice because Carney failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter, *see* Fed. R. Civ. P. 41(b).

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** March 23, 2018

_____
WILLIAM H. ORRICK
United States District Judge